UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELORIS PHILLIPS,<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS COMPENSATION, et al.,<br><br>*Defendant.* | Civil Action No. 3:22-CV-1598-X-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 4]. Plaintiff filed an objection. In this objection, Plaintiff makes various arguments about alleged unconstitutional errors by the court system. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the plaintiff's motions for a hearing, for leave to file a notice of removal, and to proceed in forma pauperis are **DENIED**. The Court **DISMISSES** this action with prejudice.

1

Additionally, the Court **IMPOSES** the following sanctions:

Deloris Phillips is **BARRED** from proceeding with any future lawsuit in the Northern District of Texas – whether she initially filed it in this court, she filed it in another court and it was removed or she seeks to remove it to this court, or she filed it in another federal court and it was transferred to this court – unless she first:

(1) Pays the applicable filing fee, and

(2) Obtains leave of court to file it from a Judge of a United States Court of Appeals for the Fifth Circuit, a United States District Judge, or a United States Magistrate Judge, through a proper motion for leave to file the action.

A proper motion for leave to file an action must be titled as a "Motion for Leave of Court to File Action", and it must be accompanied by (1) a receipt showing proof of payment of the applicable filing fee, and (2) a copy of her proposed filing containing her original signature or that of her attorney.

For any future action submitted by Deloris Phillips for filing that is not accompanied by a proper motion for leave to file, as defined above, **the Clerk of Court is directed to**:

(1) Open a new case for administrative purposes only;

(2) Docket the plaintiff's filings and a copy of the judgment in this case in that new case; and

(3) Close the case without further order of the Court.

Filings, other than a proper motion for leave, as defined above, or a notice of appeal of the denial of a proper motion for leave, shall be docketed for administrative

purposes only and will not otherwise be addressed or acknowledged by the Court.

**IT IS SO ORDERED** this 9th day of December, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE