UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:22-CV-1598-X-BH |
| TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS COMPENSATION, et al., | § § § § | |
| *Defendant*. | | |

# ORDER ACCEPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made a recommendation in this case. [Doc. No. 24]. Plaintiff filed an objection. In this objection, Plaintiff appears to argue that she has been denied due process. The District Court reviewed *de novo* those portions of the recommendation to which objection was made and reviewed the remaining proposed recommendation for plain error. Finding none, the Court **ACCEPTS** the recommendation of the United States Magistrate Judge.

Under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3), the Court finds that the appeal is not taken in good faith and that it presents no legal points of arguable merit. For the reasons set forth in the Magistrate Judge's findings, conclusions, and recommendation on July 25, 2022, [Doc. No. 4], the Court finds this appeal frivolous. Accordingly, the Court **DENIES** the request for leave to proceed in forma pauperis on appeal. Additionally, the Court **DENIES** the motion for an evidentiary hearing

**IT IS SO ORDERED** this 24th day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE